ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com
*Attorneys for Plaintiff Selene Finance L.P.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE L.P., a Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; a Nevada limited liability company; LAUREL CANYON HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:16-cv-02516-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS**<br><br>[FIRST REQUEST] |

Selene Finance L.P. (**Selene**) and SFR Investments Pool 1, LLC (**SFR**) stipulate and agree as follows:

1. SFR filed its motion to dismiss on January 18, 2019. [ECF No. 17]. Selene's response is currently due on February 1, 2019.

2. The parties hereby stipulate and agree Selene shall have fourteen (14) additional days to file its response. The new deadline for Selene to file its response to SFR's motion to dismiss shall be **February 15, 2019**.

. . .

. . .

. . .

. . .

1

47722297;1

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay. The parties make this request to allow counsel additional time to evaluate the arguments raised in SFR's motion and prepare a meaningful response.

DATED this 1st day of February, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ *Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Selene Finance L.P.* | /s/ *Diana Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JAQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 4, 2019.

47722297;1