KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
ANA P. MURGUIA, ESQ.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE, L.P., a Limited Partnership,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LAUREL CANYON HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.:  2:16-cv-02516-APG-PAL<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL** |

SFR Investments Pool 1, LLC authorizes and consents to the substitution of the law firm, Hanks Law Group, including Karen L Hanks, Esq. and Chantel M. Schimming, Esq. as its counsel in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., in the above-entitled matter.

DATED this 7th day of March, 2023.

**SFR INVESTMENTS POOL 1, LLC**

*/s/ Christopher J. Hardin*_____

*Its: Manager*

...

...

...

...

- 1 -

The law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., hereby consent to the substitution as counsel of record for SFR Investments Pool 1, LLC, in the place and stead of Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. of Hanks Law Group in the above-entitled matter.

DATED this 7th day of March, 2023.

    **KIM GILBERT EBRON**

    */s/Diana S. Ebron* ___
    DIANA S. EBRON, ESQ.
    NEVADA BAR NO. 10580
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139

The Hanks Law Group, including Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. hereby consent to their substitution as counsel of record for SFR Investments Pool 1, LLC in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., in the above-entitled matter.

DATED this 7th day of March, 2023.

    **HANKS LAW GROUP**

    */s/ Chantel M. Schimming*___
    CHANTEL M. SCHIMMING, ESQ.
    Nevada Bar No. 8886
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
    *Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED:

Dated:___March 28, 2023_____

    _____
    ANDREW P. GORDON
    UNITED STATES DISTRICT JUDGE